

**FILED**

*9:05 am, 8/12/24*

**Margaret Botkins
Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

SHANE LIMMER,

    Plaintiff,

v.

UNITED GROUP LOGISTICS, INC.;
OMAR HASSAN; SHAFIE ABUKAR,

    Defendants.

Case No. 2:22-CV-00198-ABJ

## ORDER GRANTING *STIPULATION AND MOTION TO DISMISS CASE WITH PREJUDICE* [ECF No. 55]

**THIS MATTER** is before the Court on the parties' *Stipulation and Motion to Dismiss Case with Prejudice (Stipulated Dismissal)* (ECF No. 55). In reviewing the *Stipulated Dismissal*, the record, the filings, the applicable law, and being otherwise fully advised, the Court finds that Plaintiff Shane Limmer's causes of action, claims, and demands against Defendants United Group Logistics, Inc., Omar Hassan, and Shafie Abukar, shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(ii).

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Shane Limmer's causes of action, claims, and demands in the above-captioned matter against Defendants United Group Logistics, Omar Hassan, and Shafie Abukar are **DISMISSED WITH PREJUDICE**, with each party bearing their own attorneys' fees and costs.

Dated this __12th__ day of August, 2024.

*/s/ Alan B Johnson*
Alan B. Johnson
United States District Judge